FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0368

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0368

STEVEN WAYNE KEEFE,

      Plaintiff and Appellant,

  v.

LEROY KIRKEGARD, Warden, Montana State Prison,

      Defendant and Appellee.

## ORDER

Counsel for Appellee has filed a motion for extension of time to file its response brief in the referenced matter. Counsel for Appellant filed a response in opposition to the motion. Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 10, 2020, within which to prepare, serve, and file the State's response.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2020